UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cv-20579-PAS

BRITTO CENTRAL, INC., a Florida corporation,
and ROMERO BRITTO, an individual ,

Plaintiffs,

v.

LES ROBERTS, an individual,
LES ROBERTS, JR., an individual,
SILVIA CASTRO, an individual,
CORAL GABLES GALLERIES, INC.,
a Florida corporation,
JOHN DOE 1, JOHN DOE 2

Defendants.
_______________________________________/

**DEFENDANT CORAL GABLES GALLERIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant, CORAL GABLES GALLERIES, INC., by and through undersigned counsel and pursuant to Fed.R.Civ.Pr. 7.1, hereby submits its Corporate Disclosure Statement, and states:

1. Defendant CORAL GABLES GALLERIES, INC. has no parent corporation.

2. No publicly held corporation owns 10% or more of Defendant CORAL GABLES GALLERIES, INC.'s membership interest or stock.

Dated: April 12, 2010

Respectfully submitted,
PERETZ CHESAL & HERRMANN, PL
**Attorneys for Defendants**
201 South Biscayne Boulevard
Suite 1750 Miami Center
Telephone: (305) 341-3000
Facsimile: (305) 371-6807

By: /s/ Michael B. Chesal
Michael B. Chesal
Florida Bar No. 775398
mchesal@pc-iplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail.

/s/ Michael B. Chesal

**SERVICE LIST**

***Britto Central, Inc., et al. v. Roberts, et al.***
**Case No. 1:10-cv-20579-PAS**
**United States District Court, Southern District of Florida**

Kaari Gagnon, Esq.
KGagnon@zarcolaw.com
Zarco Einhorn Salkowski & Brito
100 Southeast 2nd Street, 27th Floor
Miami, Florida 33131
(Via U.S. Mail and Electronic Mail)
*Attorney for Plaintiffs*