UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cv-20579-PAS

BRITTO CENTRAL, INC., a Florida corporation,
and ROMERO BRITTO, an individual,

Plaintiffs,

v.

LES ROBERTS, *et al.*,

Defendants.
______________________________________________/

**MOTION TO WITHDRAW OF PERETZ CHESAL & HERRMANN, PL**

The law firm of Peretz Chesal & Herrmann, PL ("PCH") moves to withdraw as counsel of record for Defendants, Les Roberts, Jr., Silvia Castro, and Coral Gables Galleries, Inc. (collectively, "Defendants") in this case and states as follows:

1. Irreconcilable differences have arisen between PCH and the Defendants which preclude further representation by PCH.

2. Accordingly, PCH requests that this Court discharge PCH from any further representation or responsibilities as counsel for Defendants in this matter.

3. PCH has informed Defendants of its intent to withdraw.

4. PCH requests that this Court give Defendants thirty (30) days within which to retain substitute counsel.

A proposed order granting the relief requested herein is attached as Exhibit "A".

Dated: July 13, 2010.

Respectfully submitted,

PERETZ CHESAL & HERRMANN, PL
201 South Biscayne Boulevard
Suite 1750 Miami Center
Telephone: (305) 341-3000
Facsimile: (305) 371-6807

By: /Paul L. Kobak/
Michael B. Chesal
Florida Bar No. 775398
mchesal@pc-iplaw.com
Paul L. Kobak
Florida Bar No. 15426
pkobak@pc-iplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /Paul L. Kobak/

Kaari Gagnon, Esq.
KGagnon@zarcolaw.com
Zarco Einhorn Salkowski & Brito
100 Southeast 2nd Street, 27th Floor
Miami, Florida 33131
**Attorney for Plaintiffs**
*Via CM/ECF*

Mr. Les Roberts, Jr.
Ms. Silvia Castro
Coral Gables Galleries, Inc.
5959 Collins Avenue, #908
Miami Beach, Florida 33140
**Defendants**
*Via U.S. Mail*