UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cv-20579-PAS

BRITTO CENTRAL, INC., a Florida corporation,
and ROMERO BRITTO, an individual,

Plaintiffs,

v.

LES ROBERTS, *et al*.,

Defendants.
_____________________________________/

**ORDER GRANTING PERETZ CHESAL &**
**HERRMANN, PL'S MOTION TO WITHDRAW**

THIS CAUSE came before the Court upon Peretz Chesal & Herrmann, PL's Motion to Withdraw as counsel for Defendants Les Roberts, Jr., Silvia Castro, and Coral Gables Galleries, Inc., and the Court having reviewed the Motion, and being otherwise advised in the premises, does hereby

ORDER AND ADJUDGE that said Motion is hereby granted. The firm of Peretz Chesal & Herrmann, PL is withdrawn as counsel of record to Defendants Les Roberts, Jr., Silvia Castro, and Coral Gables Galleries, Inc. and relieved of further responsibility in this cause. Defendants Les Roberts, Jr., Silvia Castro, and Coral Gables Galleries, Inc. shall have thirty (30) days from the date of this Order within which to obtain substitute counsel.

DONE AND ORDERED at Miami, Florida on July ___, 2010.

_____________________________________
UNITED STATES DISTRICT COURT JUDGE
PATRICIA A. SEITZ

Copies furnished to counsel of record and Defendants